IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

TERA LYNN PARKS,

      Appellant,

 v.                                Case No.  5D22-699
                                    LT Case No. 2015-CA-344

ALISA B. CUNNINGHAM AND
THE CITY OF LEESBURG, FLORIDA,

      Appellees.

_____/

Decision filed December 13, 2022

Appeal from the Circuit Court
for Lake County,
Brian Welke, Judge.

Steven G. Mason, of Law Office of
Steven G. Mason, P.A., Altamonte
Springs, and Eric H. Faddis, of Eric H.
Faddis, P.A., Maitland, for Appellant.

Stephanie J. Brionez, of Brionez +
Brionez, P.A., Tavares, for Appellee.

PER CURIAM.

     AFFIRMED.


LAMBERT, C.J., WALLIS and EDWARDS, JJ., concur.